UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-cv-62620-BLOOM/Valle**

ATMOS NATION, LLC, a Nevada
limited liability company, and
ATMOS TECHNOLOGY, LLC,
a Florida limited liability company,

      Plaintiffs,

v.

PANA DEPOT, INC., a California corporation,
and CHERNG C. HUA,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 6, 2017, the Court ordered that "Plaintiffs have until February 27, 2017 to perfect service upon Defendant Cherng C. Hua and file notice of same with the Court." ECF No. [61]. The Court warned that "[f]ailure to perfect service upon Defendant Hua and file notice with the Court by the Court's deadline will result in dismissal of these proceedings against Defendant Hua without further notice." *Id.* As of the date of this Order, Plaintiffs have not filed evidence to indicate proper service upon Defendant Hua, nor have Plaintiffs requested an extension of time to do so.

Accordingly it is **ORDER AND ADJUDGED** as follows:

1. Defendant Cherng C. Hua is **DISMISSED** from these proceedings;

2. As a Default Final Judgment has been issued against all remaining Defendants, the Clerk is directed to **CLOSE** this case;

Case No. 14-cv-62620-BLOOM/Valle

3. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record