## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

ATMOS NATION, LLC, a Nevada Limited
Liability Company, and ATMOS
TECHNOLOGY, LLC, a Florida Limited
Liability Company,

       Plaintiffs,

vs.

Case No.: 0:14-cv-62620-BB

PANA DEPOT, INC., a California
Corporation, CHERNG C. HUA, an individual,
and SEARS HOLDINGS CORPORATION, a
Delaware Corporation,

       Defendants.

_____/

## NOTICE OF SETTLEMENT TO THE COURT

Pursuant to Local rule 16. 2 (f) (2), the Plaintiff hereby submits this Notice of Settlement to

notify the Court that the lawsuits has been settled.

**[THIS SPACE IS INTENTIONALLY LEFT BLANK]**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the undersigned counsel filed the foregoing Notice of Settlement with the Clerk of the Courts for the Southern District of Florida using the CM/ECF system.

Respectfully Submitted By:

_____

Divya Khullar, Esq.
Florida Bar No. 0101116
**KHULLAR, P.A.**
4786 W. Commercial Blvd.
Tamarac, Florida 33319
Phone:  (954) 642-2308
Fax:      (754) 999-7057
notices@khullarlaw.com
*Attorney for Plaintiff*